IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV00767 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| ROBERTA WEIDNER | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, INC., et al. | : | DEFENDANTS |

## ORDER

Pending is Plaintiff's Motion to Compel Production of Documents (Doc. No. 6). Defendants have responded.[1]

The document production process in this MDL, which was developed after much argument, briefing, and cerebrating,[2] has been in place for several years, and is effective.

Although Plaintiffs have repeatedly sought to tweak[3] -- both in front of this Court and in state courts -- the document depository and cost orders more to their liking, I believe this MDL's uniform discovery process is working as it was designed to, so I'll stand pat.

---

[1] Doc. No. 10.

[2] See *In re Prempro*, 4:03-CV-1507 (Doc. Nos. 90, 91, 94, 97, 98, 99, 100, 101, 102, 118, 122, 124, 135, 162, 177, 199, 207, 216, 227, 364, 787). See also the transcripts from the MDL Status Conferences held on 2/13/04, 12/10/04, 3/4/05, 6/24/05, 7/22/05, 8/19/05, 9/16/05 (addressing the issue of costs and the document depository).

[3] See *In re Prempro*, 4:03-CV-1507, Doc. No. 787 ("Frankly, I'm frustrated. We spent a tremendous amount of time hashing out the cost allocation and document depository. It now appears to me that this was a bootless effort, if Plaintiffs' counsel can obtain these documents free of charge in New Jersey or in any other state proceeding involving the same drugs.").

1

As mentioned in a February 13, 2008 Letter, Plaintiff's suggested changes would "torque our long established procedure out of shape."[4]

Accordingly, Plaintiff's Motion to Compel Production of Documents (Doc. No. 6) is DENIED.

IT IS SO ORDERED this 25th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[4]See *Loewen v. Wyeth, et al.*, No. 4:03-CV-00892-WRW (E.D. Ark. filed Nov. 7, 2003), Doc. No. 5.